AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 1 2 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JOSE AGUILAR-ZAVALA | CASE NUMBER: 08CR1927-BEN |

I, JOSE AGUILAR-ZAVALA, the above named defendant, who is accused committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  6/12/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jose Aguilar
Defendant

Counsel for Defendant

Before _____
Judicial Officer